**Order filed January 16, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00297-CR
_____

## MICHAEL WAYNE BUNTING, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 17-CR-3339**

## ORDER

The court is in receipt of appellant's motion for clarification filed January 6, 2020. Due to a technical error, appellant is requested to re-file the documents e-filed on December 1, 2019, within fifteen days of the date of this order. Upon re-filing, those documents will be deemed filed December 2, 2019.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan.